**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.**   22-mj-04025-McAliley

**UNITED STATES OF AMERICA**

**vs.**

**CRYSTAL ESTRADA MARQUEZ,**

**Defendant.**

_____/

FILED BY____ER____D.C.

Nov 30, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

## CRIMINAL COVER SHEET

1.  Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   ___Yes   x   No

2.  Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?    ___ Yes   x   No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

BY:   _Mitch Hyman_____
MITCHELL EVAN HYMAN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 125405
99 NE 4th Street
Miami, Florida 33132-2111
Tel (305) 961-9283
Fax (305) 530-7976
Mitchell.Hyman@usdoj.gov

# *United States District Court*

_____SOUTHERN_____ **DISTRICT OF** _____FLORIDA_____

UNITED STATES OF AMERICA

v. **CRIMINAL COMPLAINT**

CRYSTAL ESTRADA MARQUEZ,

**CASE NUMBER:** 22-mj-04025-McAliley

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about November 29, 2022, at Miami International Airport, in Miami-Dade County, in the Southern District of Florida and elsewhere, the defendant, CRYSTAL ESTRADA MARQUEZ, did knowingly and intentionally import into the United States from a place outside thereof a Schedule III controlled substance, that is, ketamine, in violation of Title 21, United States Code, Section 952(a); and did knowingly and intentionally possess with the intent to distribute a Schedule III controlled substance, that is, ketamine, in violation of Title 21, United States Code, Section 841(a)(1).

I further state that I am a Special Agent with Homeland Security Investigations/U.S. Immigration and Customs Enforcement, and that this complaint is based on the following facts:

On or about November 29, 2022, the defendant, CRYSTAL ESTRADA MARQUEZ, arrived at Miami International Airport aboard American Airlines Flight #1141 from Medellin, Colombia. The defendant was selected for examination by the Miami Rover Team. The defendant presented herself and her luggage to United States Customs and Border Protection ("CBP") for examination. The defendant claimed ownership of the luggage and the contents within, and stated that she packed the luggage herself. During the examination of the defendant's luggage, CBP Officers discovered three (3) clearly marked liquor bottle boxes, each containing a liquor bottle with a liquid substance. A CBP Officer opened one of the liquor bottles, at which point some of the liquid contained in the bottle spilled onto the CBP Officer and crystalized. A field test of the liquid substance was performed on each of the three (3) bottles and each one proved positive for the presence of ketamine. The estimated weight of the ketamine was approximately 4.29 kilograms.

After waiving her *Miranda* rights, CRYSTAL ESTRADA MARQUEZ admitted to importing the narcotics into the United States. The defendant claimed that a man in Colombia put the bottles in her luggage. She also claimed that she did know what was in the bottles but figured it was something illegal. Although the defendant claimed that the man in Colombia forced her to bring in the narcotics, she stated that she was to be paid $1,000 for delivering them to someone in Puerto Rico.

**MIRANDA BALLARD, SPECIAL AGENT**
**HOMELAND SECURITY INVESTIGATIONS**
**U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT**

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
by FaceTime this ___30th___ day of November, 2022.

November 30, 2022                **at**        **Miami, Florida**
**Date**                                              **City and State**

**CHRIS M. McALILEY**
**UNITED STATES MAGISTRATE JUDGE**
Name and Title of Judicial Officer                  **Signature of Judicial Officer**